## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **WAYLON WOODS** | § | |
| **(Limestone County #98616509)** | § | |
| | § | |
| **V.** | § | **W-22-CA-1084-ADA** |
| | § | |
| **LIMESTONE COUNTY DETENTION** | § | |
| **CENTER** | | |

## ORDER

Before the Court is a letter submitted by Plaintiff complaining of issues related to his medical treatment which has been construed as a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff's filing is not clear, however, as to whom he intends to sue and the claims he wishes to pursue. Accordingly, the Court will direct the Clerk of the Court to provide forms to Plaintiff to assist him in filing a civil rights complaint. Plaintiff should fill out the forms completely and make clear the defendants he intends to sue and state exactly what it is that each defendant either did or failed to do while acting under color of state law that he believes violated his constitutional rights and the date the violation occurred.

In addition, Plaintiff has neither paid the $402.00 filing fee, nor has he filed an application to proceed *in forma pauperis*.

It is therefore **ORDERED** that the Clerk of the Court shall forward to Plaintiff forms for filing a civil rights complaint.

It is further **ORDERED** that the Clerk of the Court shall forward to Plaintiff an application to proceed *in forma pauperis* and that Plaintiff, on or before **November 18,**

1

**2022**, must submit either the filing fee of $402.00 or a completed application to proceed *in forma pauperis*.[1]

It is finally **ORDERED** that Plaintiff shall complete the forms for filing a civil rights complaint and shall return them to the Court on or before **November 18, 2022**.

**SIGNED** on October 19, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1]If Plaintiff is granted leave to proceed *in forma pauperis,* a $350.00 filing fee will be deducted from his inmate trust fund account in installments until the full filing fee is paid.