**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **WAYLON WOODS** | § | |
| **(Limestone County #98616509)** | § | |
| | § | |
| **V.** | § | **W-22-CA-1084-ADA** |
| | § | |
| **LIMESTONE COUNTY DETENTION** | § | |
| **CENTER** | | |

## ORDER OF DISMISSAL

On October 19, 2022, the Court ordered Plaintiff to file a civil rights complaint on the forms provided by the Court, by November 18, 2022, making clear the defendants they intended to sue and stating exactly what it is that each defendant either did or failed to do while acting under color of state law that they believe violated their constitutional rights and the date the violation occurred. Plaintiff was also ordered to either submit the filing fee or a completed application to proceed in forma pauperis by the same date.  To date, Plaintiff has not responded to the Court's order.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to comply with the Court's orders, their case is dismissed for want of prosecution and for failure to obey an order of the Court.

1

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**.

**SIGNED** on November 21, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE